# Morgan Lewis

**Michael F. Fleming**
Associate
+1.212.309.6207
michael.fleming@morganlewis.com

> Defendant's Letter-Motion for an extension of time to respond to the Complaint (ECF No. 9) is GRANTED. Defendant is directed to respond by **Monday, January 27, 2020**. The Clerk of Court is respectfully directed to close ECF No. 9.
>
> SO ORDERED  12/10/19
>
> */s/ Sarah L. Cave*
> SARAH L. CAVE
> United States Magistrate Judge

December 9, 2019

**Via ECF**

The Honorable Sarah L. Cave
United States District Court
 For the Southern District of New York
500 Pearl Street, Room 702
New York, NY 10007

Re:  *Dominguez v. Old Navy, LLC*, 1:19-cv-10165-PAE-SLC
      **Request to Extend Defendant's Time to Respond to Complaint**

Dear Judge Cave:

We represent defendant Old Navy, LLC ("Defendant") in the above-referenced action. Pursuant to Rules I(A) and I(E) of Your Honor's Individual Practices, we write with the consent of counsel for plaintiff Yovanny Dominguez ("Plaintiff"), respectfully to request that the Court extend Defendant's time to respond to the Complaint from December 11, 2019 to January 27, 2020. This is Defendant's first request for an extension of time to file a response to the Complaint.

In support of this request, counsel for Defendant states that it recently has been engaged in this matter and needs time to become familiar with the relevant facts and allegations.  As noted above, Plaintiff's counsel consents to this request.  If granted, this extension will not affect any other date scheduled in this action.

We thank the Court in advance for its consideration of this request.

Respectfully submitted,

*/s/ Michael F. Fleming*

Michael F. Fleming

*Attorney for Defendant*

cc: All Counsel of Record (via ECF)

Morgan, Lewis & Bockius LLP

101 Park Avenue
New York, NY  10178-0060    ☏ +1.212.309.6000
United States               ✉ +1.212.309.6001