# Morgan Lewis

**Michael F. Fleming**
Associate
+1.212.309.6207
michael.fleming@morganlewis.com

February 18, 2020

> Defendant's Letter-Motion to adjourn the Telephone Conference scheduled for today, February 19, 2020 at 10:30 am (ECF No. 18) is GRANTED. The Telephone Conference is adjourned to **today, February 19, 2020 at 3:30 pm**. The Clerk of Court is respectfully directed to close ECF No. 18.
>
> SO-ORDERED 2/19/2020
>
> /s/ Sarah L. Cave
> SARAH L. CAVE
> United States Magistrate Judge

<u>Via ECF</u>

The Honorable Sarah L. Cave
United States District Court
For the Southern District of New York
500 Pearl Street, Room 702
New York, NY 10007

Re: *Dominguez v. Old Navy, LLC*, 1:19-cv-10165-PAE-SLC
<u>Request to Adjourn February 19, 2020 Court Conference</u>

Dear Judge Cave:

We represent defendant Old Navy, LLC ("Defendant") in the above-referenced action. Pursuant to Rules I(A) and I(D) of Your Honor's Individual Practices, we write with the consent of counsel for plaintiff Yovanny Dominguez ("Plaintiff"), respectfully to request that the Court adjourn the teleconference scheduled for February 19, 2020 at 10:30 a.m. to a time after 3:00 p.m. on that day or a time on either February 20 or 21, 2020, that is convenient to the Court. This is Defendant's first request to adjourn the teleconference.

In support of this request, undersigned counsel for Defendant states that he will be defending three depositions on the morning of February 19, 2020, all of which were scheduled prior to the Court's scheduling of the teleconference. If granted, this adjournment will not affect any other date scheduled in this action. As noted above, Plaintiff's counsel consents to this request.

We thank the Court in advance for its consideration of this request.

Respectfully submitted,

/s/ Michael F. Fleming

Michael F. Fleming

*Attorney for Defendant*

cc: All Counsel of Record (via ECF)

Morgan, Lewis & Bockius LLP

101 Park Avenue
New York, NY 10178-0060        +1.212.309.6000
United States                  +1.212.309.6001