UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YOVANNY DOMINGUEZ, on behalf of himself and all others similarly situated,

                Plaintiff,

against

OLD NAVY, LLC,

                Defendant.

CIVIL ACTION NO.: 19 Civ. 10165 (PAE) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

A Telephone Conference was held today, February 19, 2020. In light of Plaintiff's timely First Amended Complaint (ECF No. 15), Defendant's Motion to Dismiss the original Complaint (ECF No. 13) is terminated as moot. The parties consent to and the Court adopts the following briefing schedule for Defendant's anticipated Motion to Dismiss the First Amended Complaint: (i) Defendant must file its motion to dismiss by **Tuesday, March 10, 2020**; (ii) Plaintiff must file his opposition by **Tuesday, March 31, 2020**; and (iii) Defendant must file its reply by **Tuesday, April 14, 2020**. The Clerk of Court is respectfully directed to close ECF No. 13.

Dated:     New York, New York
            February 19, 2020

SO ORDERED

_Sarah L. Cave_
SARAH L. CAVE
**United States Magistrate Judge**