UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YOVANNY DOMINGUEZ, on behalf of himself and all others similarly situated,

                Plaintiff,

against

OLD NAVY, LLC,

                Defendant.

CIVIL ACTION NO.: 19 Civ. 10165 (PAE) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

In light of the expiration of the stay in this case (see ECF No. 26), by **Thursday, August 13, 2020**, the parties are directed to file a joint letter stating how they intend to move this case forward.

Dated:     New York, New York
            August 6, 2020

SO ORDERED

_/s/ Sarah L. Cave_
SARAH L. CAVE
**United States Magistrate Judge**